UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GABRIELLE D. FOUNTAIN, | Case No. 20-cv-11300 |
| Plaintiff, | |
| | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | U.S MAGISTRATE JUDGE |
| | KIMBERLY G. ALTMAN |
| Defendant. | |

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [18]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [16]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17]**

On July 8, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") [18] on Plaintiff's Motion for Summary Judgment [16] and Defendant's Motion for Summary Judgment [17]. The R&R recommended that the Court deny Plaintiff's Motion [16], and grant Defendant's Motion [17]. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [18] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [16] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [17] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SO ORDERED**.

Dated: July 29, 2021

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge